# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FIDEL COCA MACHADO | : | |
| Plaintiff, | : | |
| v. | : | Civil Case No.: <u>19-2631-RBW</u> |
| 1257 CORPORATION, et al. | : | |
| Defendants. | : | |

## ANSWER

Defendants, 1257 CORPORATION d/b/a Super Food, ZONG YOU ZHU, LLC, ZONG TAO ZHU a/k/a Zongtao Zhu, and XU QIANG DONG a/k/a Xuqiang Dong, by and through their counsel, Sharon C. Chu, Esq., and the Law Offices of Sharon C. Chu, hereby answers the Complaint filed by Plaintiff, FIDEL COCA MACHADO, as follows:

1. Defendants deny the allegations in Paragraph 1 of the Complaint.

2. Defendants admit the allegations in Paragraph 2 of the Complaint that the Complaint raised claims based upon the FLSA, the DCMWA, and the DCWPCL, but deny the allegations in Paragraph 2 of the Complaint that Defendants violated any of those statutes.

### Jurisdiction and Venue

3. Defendants admit the allegations in Paragraph 3 of the Complaint.

4. Defendants admit the allegations in Paragraph 4 of the Complaint.

### Parties

5. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 5 of the Complaint, and

therefore deny the allegations in Paragraph 5 of the Complaint.

6. Defendants admit the allegations in Paragraph 6 of the Complaint.

7. Defendants admit the allegations in Paragraph 7 of the Complaint that Defendant, ZONG YOU ZHU, LCC, is a District of Columbia limited liability company, that the principal place of business of Defendant, ZONG YOU ZHU, LCC, is located at 1257 4th Street NE, Washington, DC 20002, and that the registered agent for Defendant, ZONG YOU ZHU, LLC, is Zong Tao Zhu, whose address is 3306 Theodore R. Hagans Drive NE, Washington, D.C. 20018, but deny the allegation in Paragraph 7 of the Complaint that Defendant, ZONG YOU ZHU, LLC does business as Super Food.

8. Defendants admit the allegations in Paragraph 8 of the Complaint.

9. Defendants deny the allegations in Paragraph 9 of the Complaint.

10. Defendants deny the allegations in Paragraph 10 of the Complaint.

11. Defendants admit the allegations in Paragraph 11 of the Complaint.

12. Defendants deny the allegations in Paragraph 12 of the Complaint.

13. Defendants deny the allegations in Paragraph 13 of the Complaint.

14. Defendants deny the allegations in Paragraph 14 of the Complaint.

**Factual Allegations**

15. Defendants admit that Defendant, 1257 CORPORATION, owns "Super Food," that "Super Food" primarily is engaged in the business of making and selling tofu, and that "Super Food" is located at 1257 4th Street NE,

Washington, D.C. 20002, but Defendants deny that the other Defendants own or operate "Super Food."

16. Defendants admit the allegations in Paragraph 16 of the Complaint that Plaintiff worked at Super Food, but deny the dates of employment alleged in Paragraph 16 of the Complaint.

17. Defendants admit the allegations in Paragraph 17 of the Complaint.

18. Defendants deny the allegations in Paragraph 18 of the Complaint.

19. Defendants deny the allegations in Paragraph 19 of the Complaint.

20. Defendants deny the allegations in Paragraph 20 of the Complaint.

21. Defendants deny the allegations in Paragraph 21 of the Complaint.

22. Defendants admit the allegations in Paragraph 22 of the Complaint.

23. Defendants deny the allegations in Paragraph 23 of the Complaint.

24. Defendants admit the allegations in Paragraph 24 of the Complaint.

25. Defendants deny the allegations in Paragraph 25 of the Complaint.

26. Defendants deny the allegations in Paragraph 26 of the Complaint.

27. Defendants deny the allegations in Paragraph 27 of the Complaint.

28. Defendants deny the allegations in Paragraph 28 of the Complaint.

29. Defendants deny the allegations in Paragraph 29 of the Complaint, because the allegations in Paragraph 29 of the Complaint are legal conclusions to which no answer is required. To the extent that such allegations assert facts that require an answer, Defendants deny the allegations.

30. Defendants deny the allegations in Paragraph 30 of the Complaint.

31. Defendants deny the allegations in Paragraph 31 of the Complaint.

32. Defendants deny the allegations in Paragraph 32 of the Complaint.

33. Defendants deny the allegations in Paragraph 33 of the Complaint.

34. Defendants deny the allegations in Paragraph 34 of the Complaint.

35. Defendants deny the allegations in Paragraph 35 of the Complaint, because the allegations in Paragraph 35 of the Complaint are legal conclusions to which no answer is required. To the extent that such allegations assert facts that require an answer, Defendants deny the allegations.

36. Defendants deny the allegations in Paragraph 36 of the Complaint.

37. Defendants deny the allegations in Paragraph 37 of the Complaint.

38. Defendants deny the allegations in Paragraph 38 of the Complaint.

39. Defendants deny the allegations in Paragraph 39 of the Complaint.

40. Defendants deny the allegations in Paragraph 40 of the Complaint.

41. Defendants deny the allegations in Paragraph 41 of the Complaint.

42. Defendants deny the allegations in Paragraph 42 of the Complaint.

43. Defendants deny the allegations in Paragraph 43 of the Complaint.

44. Defendants deny the allegations in Paragraph 44 of the Complaint.

45. Defendants deny the allegations in Paragraph 45 of the Complaint.

46. Defendants deny the allegations in Paragraph 46 of the Complaint.

47. Defendants deny the allegations in Paragraph 47 of the Complaint, because the allegations in Paragraph 47 of the Complaint are legal conclusions to which no answer is required. To the extent that such allegations assert

facts that require an answer, Defendants deny the allegations.

48. Defendants deny the allegations in Paragraph 48 of the Complaint, because the allegations in Paragraph 48 of the Complaint are legal conclusions to which no answer is required. To the extent that such allegations assert facts that require an answer, Defendants deny the allegations.

49. Defendants deny the allegations in Paragraph 49 of the Complaint, because the allegations in Paragraph 49 of the Complaint are legal conclusions to which no answer is required. To the extent that such allegations assert facts that require an answer, Defendants deny the allegations.

50. Defendants deny the allegations in Paragraph 50 of the Complaint.

51. Defendants admit the allegations in Paragraph 51 of the Complaint.

52. Defendants admit the allegations in Paragraph 52 of the Complaint.

## COUNT I

### FAILURE TO PAY OVERTIME WAGES UNDER FLSA

53. Defendants neither admit nor deny the allegations in Paragraph 53 of the Complaint, as Paragraph 53 of the Complaint does not raise any new allegation of fact but merely incorporates prior allegations into Count I of the Complaint. To the extent an answer is required, Defendants hereby incorporate by reference, as though fully set forth in this Paragraph 53 of this Answer, every answer, defense, denial, and admission set forth above in responses to Paragraphs 1 through 52 of the Complaint.

54. Defendants deny the allegations in Paragraph 54 of the Complaint.

55. Defendants deny the allegations in Paragraph 55 of the Complaint, because the allegations in Paragraph 55 of the Complaint are legal conclusions to which no answer is required. To the extent that such allegations assert facts that require an answer, Defendants deny the allegations.

56. Defendants deny the allegations in Paragraph 56 of the Complaint.

57. Defendants deny the allegations in Paragraph 57 of the Complaint.

58. Defendants deny the allegations in Paragraph 58 of the Complaint.

## COUNT II

## FAILURE TO PAY MINIMUM AND OVERTIME WAGE UNDER THE DCMWA

59. Defendants neither admit nor deny the allegations in Paragraph 59 of the Complaint, as Paragraph 59 of the Complaint does not raise any new allegation of fact but merely incorporates prior allegations into Count II of the Complaint. To the extent an answer is required, Defendants hereby incorporate by reference, as though fully set forth in this Paragraph 59 of this Answer, every answer, defense, denial, and admission set forth above in responses to Paragraphs 1 through 58 of the Complaint.

60. Defendants deny the allegations in Paragraph 60 of the Complaint.

61. Defendants deny the allegations in Paragraph 61 of the Complaint, because the allegations in Paragraph 61 of the Complaint are legal conclusions to which no answer is required. To the extent that such allegations assert facts that require an answer, Defendants deny the allegations.

62. Defendants deny the allegations in Paragraph 62 of the Complaint, because the allegations in Paragraph 62 of the Complaint are legal conclusions to which no answer is required. To the extent that such allegations assert facts that require an answer, Defendants deny the allegations.

63. Defendants deny the allegations in Paragraph 63 of the Complaint.

64. Defendants deny the allegations in Paragraph 64 of the Complaint.

65. Defendants deny the allegations in Paragraph 65 of the Complaint.

66. Defendants deny the allegations in Paragraph 66 of the Complaint.

## COUNT III

### FAILURE TO PAY WAGES UNDER THE DCWPCL

67. Defendants neither admit nor deny the allegations in Paragraph 67 of the Complaint, as Paragraph 67 of the Complaint does not raise any new allegation of fact but merely incorporates prior allegations into Count III of the Complaint. To the extent an answer is required, Defendants hereby incorporate by reference, as though fully set forth in this Paragraph 67 of this Answer, every answer, defense, denial, and admission set forth above in responses to Paragraphs 1 through 66 of the Complaint.

68. Defendants deny the allegations in Paragraph 68 of the Complaint.

69. Defendants deny the allegations in Paragraph 69 of the Complaint, because the allegations in Paragraph 69 of the Complaint are legal conclusions to which no answer is required. To the extent that such allegations assert facts that require an answer, Defendants deny the allegations.

70. Defendants deny the allegations in Paragraph 70 of the Complaint, because the allegations in Paragraph 70 of the Complaint are legal conclusions to which no answer is required. To the extent that such allegations assert facts that require an answer, Defendants deny the allegations.

71. Defendants deny the allegations in Paragraph 71 of the Complaint, because the allegations in Paragraph 71 of the Complaint are legal conclusions to which no answer is required. To the extent that such allegations assert facts that require an answer, Defendants deny the allegations.

72. Defendants deny the allegations in Paragraph 72 of the Complaint.

73. Defendants deny the allegations in Paragraph 73 of the Complaint.

74. Defendants deny the allegations in Paragraph 74 of the Complaint.

## COUNT IV

### FAILURE TO PROVIDE SICK LEAVE UNDER THE ASSLA

75. Defendants neither admit nor deny the allegations in Paragraph 75 of the Complaint, as Paragraph 75 of the Complaint does not raise any new allegation of fact but merely incorporates prior allegations into Count IV of the Complaint. To the extent an answer is required, Defendants hereby incorporate by reference, as though fully set forth in this Paragraph 75 of this Answer, every answer, defense, denial, and admission set forth above in responses to Paragraphs 1 through 74 of the Complaint.

76. Defendants deny the allegations in Paragraph 76 of the Complaint.

77. Defendants deny the allegations in Paragraph 77 of the Complaint, because

the allegations in Paragraph 77 of the Complaint are legal conclusions to which no answer is required. To the extent that such allegations assert facts that require an answer, Defendants deny the allegations.

78. Defendants deny the allegations in Paragraph 78 of the Complaint.

79. Defendants deny the allegations in Paragraph 79 of the Complaint.

80. Defendants deny the allegations in Paragraph 80 of the Complaint.

## **GENERAL DENIAL**

81. Except as expressly admitted herein, Defendants deny each and every allegation against any and all of the Defendants, and deny liability to Plaintiff.

## **AFFIRMATIVE DEFENSES**

82. The Complaint fails to state a claim upon which relief may be granted.

83. The claims of Plaintiff are barred in whole or in part by the doctrine of payment in that Defendant, 1257 CORPORATION, paid all amounts due to Plaintiff, during the time that Plaintiff was working for Defendant, 1257 CORPORATION.

84. Defendants are entitled to offset against any amount alleged due (which are denied), in an amount equal to the amount Defendants paid or overpaid Plaintiff.

85. All actions, decisions or omissions of Defendants giving rise to the claims in the Complaint were undertaken in good faith and with reasonable grounds for believing such conduct did not violate applicable law.

86. Defendants reserve all rights to amend this Answer and to assert additional affirmative defenses.

## REQUEST FOR JURY TRIAL

87. Defendants request a trial by jury.

WHEREFORE, Defendants, 1257 CORPORATION d/b/a Super Food, ZONG YOU ZHU, LLC, ZONG TAO ZHU a/k/a Zongtao Zhu, and XU QIANG DONG a/k/a Xuqiang Dong, respectfully request that all claims in the Complaint against Defendants be dismissed with prejudice, and that Defendants be granted judgment for costs and attorneys' fees, and any and all other relief this Court deems proper and appropriate.

Dated: September 30, 2019

Defendants, 1257 CORPORATION d/b/a Super Food, ZONG YOU ZHU, LLC, ZONG TAO ZHU a/k/a Zongtao Zhu, and XU QIANG DONG a/k/a Xuqiang Dong

By: /s/ Sharon C. Chu
Sharon C. Chu (D.C.Bar#445790)
LAW OFFICES OF SHARON C. CHU
100 Park Avenue, Suite #288
Rockville, MD 20850
(Office)   301-838-8988
(Fax)      301-838-8998
(Email)    sharon@sharonchulaw.com

Attorney for Defendants