# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIDEL COCA MACHADO<br><br>    Plaintiff,<br><br>v.<br><br>1257 CORPORATION, et al.<br><br>    Defendants. | Case No. 1:19-cv-02631-RBW |

## JOINT REPORT OF THE PARTIES
## PURSUANT TO FED. R. CIV. P. 26(f) AND LCvR 16.3(d)

The parties submit this Joint Report pursuant to Fed. R. Civ. P. 26(f) and LCvR 16.3(d). The Initial Scheduling Conference ("ISC") in this matter is currently set for **December 2, 2019 at 10:30 a.m.**

## I. BRIEF STATEMENT OF CLAIMS AND DEFENSES

Plaintiff brings this action to recover damages for Defendants' willful failure to pay minimum and overtime wages and to provide safe and sick leave, in violation of: the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*; the District of Columbia Minimum Wage Act Revision Act ("DCMWA"), D.C. Code, § 32-1001 *et seq.*; the District of Columbia Wage Payment and Collection Law ("DCWPCL"), D.C. Code § 32-1301 *et seq.*; and the District of Columbia Accrued Safe and Sick Leave Act ("ASSLA"), D.C. Code § 32-131.01 *et seq.*

Defendants deny Plaintiff's allegations and deny liability.

## II. LOCAL CIVIL RULE 16.3(C) MATTERS

1. *Likelihood of Disposition by Dispositive Motion*

Neither party thinks the case is likely to be completely disposed of by dispositive motion. Neither party has filed a dispositive motion nor recommends that discovery or other matters should await a decision on any future dispositive motion.

2. *Amendment of Pleadings, Joinder, Narrowing Issues*

The parties propose that all parties be joined and all pleadings be amended within six (6) months of the ISC: June 4, 2020.

The parties do not currently agree on any of the principal factual and legal issues, but they anticipate that future agreement may be possible.

3. *Assignment to Magistrate Judge*

The parties do not consent to the assignment of this case to a magistrate judge.

4. *Possibility of Settlement*

The parties believe that there is a moderate likelihood that this case will settle.

5. *Benefit from Alternative Resolution Procedures*

Counsel for the parties have discussed ADR with their clients, and the parties believe that this case would benefit from early ADR.

6. *Resolution from Summary Judgment or Motion to Dismiss*

The parties may file partially dispositive motions. The parties propose that the deadline for filing dispositive motions be set 14 days after the close of all discovery (June 18, 2020), that oppositions be due 14 days after the deadline for dispositive motions (July 1, 2020), and that replies be due 7 days after the deadline for oppositions (July 8, 2020).

7. *Stipulations Regarding Initial Disclosures*

The parties agree that initial disclosures should be made within three (3) months of the ISC: March 3, 2020.

8. *Discovery*

The parties agree that discovery will be moderately extensive. The parties agree that discovery should commence immediately and be completed within six (6) months of the ISC, or by June 4, 2020.

9. *Electronically Stored Information*

The parties have discussed the importance of preserving all information that is potentially relevant to this matter, and they agree to preserve all such evidence in its original form through the conclusion of this case. The parties consent to the electronic service of discovery materials in this matter, and they agree to ensure that all discovery responses are sequentially Bates-stamped and transmitted in legible PDF format.

10. *Claims of Privilege*

The parties do not have any such issues at this time.

11. *Expert Witnesses*

The parties do not anticipate using experts and do not seek any modification of Rule 26(a)(2).

12. *Class Actions*

This topic is not applicable.

13. *Bifurcation of Trial or Discovery*

The parties believe that both trial and discovery should proceed normally.

14. *Pretrial Conference*

The parties agree that a pretrial conference should be held approximately two weeks after the close of dispositive motions briefing, on or about July 22, 2020.

15. *Firm Trial Date*

The parties agree that the trial date should be set at the pretrial conference.

16. *Other Matters*

The parties are not aware of any other such matters at this time.

**III. SUMMARY OF PROPOSED SCHEDULE**

| Initial Disclosures | March 3, 2020 |
|---|---|

| | |
|---|---|
| **Amendment of Pleadings / Joinder** | June 4, 2020 |
| **Close of Fact Discovery** | June 4, 2020 |
| **Dispositive Motions Due** | June 18, 2020 |
| **Oppositions Due** | July 1, 2020 |
| **Replies (If Any) Due** | July 8, 2020 |
| **Pretrial Conference** | July 22, 2020 (approx.) |
| **Trial Date** | August 24, 2020 (approx.) |

Date: November 11, 2019

Respectfully submitted,

/s/ Justin Zelikovitz
JUSTIN ZELIKOVITZ, #986001
DCWAGELAW
519 H Street NW
Washington, DC 20001
Phone: (202) 803-6083
Fax: (202) 683-6102
justin@dcwagelaw.com

*Counsel for Plaintiff*

/s/ Sharon C. Chu, Esq.
SHARON C. CHU, #445790
LAW OFFICE OF SHARON C. CHU
100 Park Avenue
Suite 288
Rockville, MD 20850
Phone: (301) 838-8988
Fax: (301) 838-8998
sharon@sharonchulaw.com

*Counsel for Defendants*