# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIDEL COCA MACHADO, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 19-2631 (RBW) |
| 1257 CORPORATION d/b/a<br>SUPER FOOD, et al., | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## ORDER

In accordance with the oral rulings issued by the Court at the status conference held on the same date, it is hereby

**ORDERED** that this case shall be referred to the Court's mediation program for settlement discussions beginning December 2, 2019, and concluding on March 2, 2020. It is further

**ORDERED** that the parties shall appear before the Court for a status conference on March 5, 2020, at 10:00 a.m.

**SO ORDERED** this 2nd day of December, 2019.

REGGIE B. WALTON
United States District Judge

1