IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIDEL COCA MACHADO<br><br>    Plaintiff,<br><br>v.<br><br>1257 CORPORATION, et al.<br><br>    Defendants. | Case No. 1:19-cv-02631-RBW |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41, the parties hereby stipulate to the dismissal of this action against all Defendants *with prejudice*, each party to bear its own costs.

Date: February 24, 2020

Respectfully submitted,

/s/ Justin Zelikovitz
JUSTIN ZELIKOVITZ, #986001
DCWAGELAW
519 H Street NW
Washington, DC 20001
Phone: (202) 803-6083
Fax: (202) 683-6102
justin@dcwagelaw.com

*Counsel for Plaintiff*

/s/ Sharon C. Chu, Esq.
SHARON C. CHU, #445790
LAW OFFICES OF SHARON C. CHU
100 Park Avenue
Suite 288
Rockville, MD 20850
Phone: (301) 838-8988
Fax: (301) 838-8998
sharon@sharonchulaw.com

*Counsel for Defendants*